# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORNELL COLE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PENNSYLVANIA, DAUPHIN COUNTY, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 1:15-CV-00956<br><br>(CONNER, C.J.)<br>(MEHALCHICK, M.J.) |

## ORDER

AND NOW, this 28th day of August, 2015, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that Plaintiff's complaints (Doc. 1; Doc. 4), be **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to file an amended complaint, if he chooses to do so, within **thirty (30) days** of the entry of this Order. Failure to file an amended complaint within this timeframe will result in a recommendation of dismissal of this civil action in its entirety.

**Dated:** August 28, 2015

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**